COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, on Complaint of CHRISTINE VIRGINIA LEHR, Respondent, v. DAVID FIELD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

IRVING WEISINGER, Appellant, v. MEYER BRODY and Others, Respondents.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

HEDWIG ROSIN and ALEXANDER ROSIN, Her Husband, Respondents, v. RIGGS RESTAURANT, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint on the ground that the verdict is contrary to the overwhelming weight of the credible evidence.

FANNIE SHERIDAN, Respondent, v. CHARLES SHERIDAN, Appellant.—Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

EDITH K. TATNELL, Respondent, v. WILLIAM ZIVAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

LEE KULLA and MAX NAGIN, Respondents, v. SOPHIE NAGIN and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE RHODES, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

WHI-DYE, INC., Appellant, v. THE COMMISSIONERS OF THE STATE INSURANCE FUND, Respondents.— Determination of the Appellate Term reversed, with costs and disbursements, and the order and judgment of the Municipal Court affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.; O'Malley and Glennon, JJ., dissent.

GEORGE DIETRICH FEDDEN, Appellant, v. AMERICAN ICE COMPANY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order on payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Transfer Tax on the Estate of WILLIAM GRATZ, Deceased. STELLA FRANK GRATZ and HAROLD FRANK, as Executors of and Trustees under the Last Will of WILLIAM GRATZ, Deceased, Appellants; STATE TAX COMMISSION, Respondent.— Orders unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CONNERS MARINE COMPANY, INC., Appellant, v. BRITISH & FOREIGN MARINE INSURANCE COMPANY, LIMITED, and Others; Respondents.— Determination unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.